TRINA A. HIGGINS, United States Attorney (#7349)
MARIA D. MOOERS-PUTZER, Assistant United States Attorney (#14730)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court-UT
MAY 31 '23 AM 11:44

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>50 grams) |
| vs. | |
| JEREMY LANDIS GERTON, | Count 2: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute |
| Defendant. | |
| Case: 2:23-cr-00207<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 5/30/2023 | Count 3: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>50 grams) |

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about April 14, 2023, in the District of Utah,

JEREMY LANDIS GERTON,

Defendant herein, did knowingly and intentionally possess with intent to distribute fifty

(50) grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about April 14, 2023, in the District of Utah,

JEREMY LANDIS GERTON,

defendant herein, did knowingly and intentionally possess with intent to distribute N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about May 11, 2023, in the District of Utah,

JEREMY LANDIS GERTON,

Defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

- $2,296 in U.S. currency, seized from the Defendant's person on April 14, 2023.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
MARIA D. MOOERS-PUTZER
Assistant United States Attorney